IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYMON MICKIANGELO BERRY III,

    Petitioner,                   No. CIV S-03-0631 GEB DAD P

    vs.

MICHAEL E. KNOWLES, et al.,

    Respondents.             ORDER

_____/

    Petitioner has requested an extension of time to file his objections to the findings and recommendations, filed on March 28, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's April 20, 2005 request for an extension of time is granted; and

    2. Petitioner shall file his objections to the court's March 28, 2005 findings and recommendations on or before May 20, 2005.

DATED: April 25, 2005.

                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:4
berr631.111